IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| THOMAS C. HARDT, | ) | |
| --- | --- | --- |
| Petitioner, | ) ) ) | Case No. CV 08-00436-REB |
| v. | ) ) ) | **JUDGMENT** |
| COMMISSIONER, SOCIAL SECURITY ADMINISTRATION, | ) ) ) | |
| Respondent. | ) ) | |

In accordance with the Memorandum Decision and Order filed with this Judgment,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this action is DISMISSED in its entirety with prejudice.

DATED: **March 25, 2010**

Honorable Ronald E. Bush
U. S. Magistrate Judge

**JUDGMENT - 1**