IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| THOMAS C. HARDT, )<br>)<br>   Petitioner, )<br>)<br>v. )<br>)<br>)<br>COMMISSIONER, SOCIAL SECURITY )<br>ADMINISTRATION, )<br>)<br>   Respondent. )<br>_____) | Case No. CV 08-00436-REB<br><br>**JUDGMENT** |

In accordance with the Memorandum Decision and Order filed with this Judgment,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this action is

DISMISSED in its entirety with prejudice.

DATED: **March 25, 2010**

_____
Honorable Ronald E. Bush
U. S. Magistrate Judge

**JUDGMENT - 1**